920

No. 397, Misc.  LA MARCA *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.  *Joseph Lonardo* and *Philip Huntington* for petitioner.

No. 406, Misc.  MEADE *v.* FLORIDA.  Supreme Court of Florida.  Certiorari denied.

No. 241, Misc.  HOUSE *v.* MAYO, PRISON CUSTODIAN. C. A. 10th Cir.  Certiorari denied.

No. 413.  DONOHUE ET AL. *v.* VILLAGE OF FOX POINT, *ante,* p. 867;

No. 424.  BOURGEOIS *v.* MERCANTILE NATIONAL BANK OF MIAMI BEACH, FLORIDA, *ante,* p. 869;

No. 425.  CITY OF DALLAS, TEXAS, *v.* TUBBS MANUFACTURING CO., INC., ET AL., *ante,* p. 868;

Nos. 440 and 441.  SOBELL *v.* UNITED STATES, *ante,* p. 873;

No. 443.  STATE BOARD OF NATUROPATHIC EXAMINERS ET AL. *v.* WILSON, ATTORNEY GENERAL, ET AL., *ante,* p. 870;

No. 479.  MERCHANTS NATIONAL BANK & TRUST CO. OF INDIANAPOLIS *v.* UNITED STATES ET AL., *ante,* p. 881; and

No. 499.  OHIO FARMERS INSURANCE CO. ET AL. *v.* LANTZ ET AL., *ante,* p. 883.  Petitions for rehearing denied.

No. 501.  WOOD ET AL. *v.* GAS SERVICE CO., *ante,* p. 885. Rehearing denied.  MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.